**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| TAWOOS BAZARGANI, M.D., | : | No. 757 MAL 2017 |
| | : | |
| Petitioner | : | |
| | : | Petition for Allowance of Appeal from |
| | : | the Order of the Superior Court |
| v. | : | |
| | : | |
| | : | |
| LATCH'S LANE OWNERS ASSOCIATION | : | |
| AND THE BOARD OF LATCH'S LANE | : | |
| OWNERS ASSOCIATION, | : | |
| | : | |
| Respondents | : | |

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 16th day of April, 2018, the Petition for Allowance of Appeal is **DENIED**.